# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

National Association of Private Fund Managers, et al.
Plaintiffs

v.

Securities and Exchange Commission
Defendant

4:24-cv-00250

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs (National Association of Private Fund Managers; Alternative Investment Management Association, Limited; and Managed Funds Association)

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiffs: National Association of Private Fund Managers, Alternative Investment Management Association, Limited, Managed Funds Association.
Defendant: Securities and Exchange Commission

|  |  |
|---|---|
| Date: | 3/18/2024 |
| Signature: | */s/ Dee J. Kelly* |
| Print Name: | Dee J. Kelly |
| Bar Number: | 11217250 |
| Address: | 201 Main Street, Suite 2500 |
| City, State, Zip: | Fort Worth, TX 76102 |
| Telephone: | (817) 332-2500 |
| Fax: | (817) 878-9280 |
| E-Mail: | dee.kelly@kellyhart.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

**Addendum to Certificate of Interested Persons**

The parties are listed on the form. In addition to the parties, interested persons include:

- Others who are not participants in this matter but may be financially interested in its outcome include members of the National Association of Private Fund Managers, Alternative Investment Management Association, Limited, and Managed Funds Association.

- **Attorneys for Plaintiffs:**

  Dee J. Kelly
  Kelly Hart & Hallman, LLP
  201 Main Street, Suite 2500
  Fort Worth, TX 76102
  (817) 332-2500
  dee.kelly@kellyhart.com

  Eugene Scalia
  Helgi C. Walker
  Max E. Schulman
  Lael D. Weinberger
  Micah S. Quigley
  Gibson, Dunn & Crutcher LLP
  1050 Connecticut Avenue, N.W.
  Washington, DC 20036-5306
  (202) 955-8500
  escalia@gibsondunn.com

  Brian A. Richman
  Gibson, Dunn & Crutcher LLP
  2001 Ross Avenue, Suite 2100
  Dallas, TX 75201
  (214) 698-3100
  brichman@gibsondunn.com