**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| National Association of Private Fund Managers, et al. § | | |
| *Plaintiffs* § | | |
| § | | |
| § | | |
| v. § | Case No. | 4:24-cv-00250 |
| § | | |
| § | | |
| Securities and Exchange Commission § | | |
| *Defendant* § | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Eugene Scalia, with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                    DC                    20036-5306
(City)                        (State)               (Zip Code)

(202) 955-8500                (202) 467-0539
(Telephone No.)               (Fax No.)

**II.** Applicant will sign all filings with the name  Eugene Scalia.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff National Association of Private Fund Managers
Plaintiff Alternative Investment Management Association, Limited
Plaintiff Managed Funds Association

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 447524        Admission date: July 7, 1995

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:

March 13, 2024

Case No. And Style:

Chamber of Commerce of the USA, et al. v. Consumer Finance Protection Bureau, et al. Case No. 4:24-cv-213

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                      TX              76102
(City)                          (State)         (Zip Code)

(817) 332-2500                  (817) 878-9280
(Telephone No.)                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  18th  day of March                , 2024   .

Eugene Scalia
Printed Name of Applicant

/s/ Eugene Scalia
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

ATTACHMENT A
EUGENE SCALIA ADMISSIONS

| Court | Admission Date | Active or Inactive |
|---|---|---|
| Supreme Court of the United States of America | 6/9/08 | Active |
| District of Columbia Court of Appeals | 7/7/95 | Active |
| U.S. Court of Appeals for the First Circuit | 6/4/97 | Active |
| U.S. Court of Appeals for the Second Circuit | 10/15/19 | Active |
| U.S. Court of Appeals for the Third Circuit | 7/2007 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 7/1997 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 3/16/17 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 03/2007 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 10/20/16 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 03/16/17 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 06/1993 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 08/11/11 | Active |
| U.S. Court of Appeals for the DC Circuit | 05/1994 | Active |
| U.S. District Court for the Central District of California | 04/1991 | Active |
| U.S. District Court for the Eastern District of Virginia | 11/1993 | Active |
| U.S. District Court for the District of Columbia | 7/7/95 | Active |
| U.S. District Court for the District of Maryland | 2/1995 | Active |
| U.S. District Court for the Northern District of California | 9/22/00 | Active |
| U.S. District Court for the Eastern District of Michigan | 5//16/06 | Active |