UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

National Association of Private Fund Managers, et al. §
*Plaintiffs* §
§
§
v. § Case No. 4:24-cv-00250
§
§
Securities and Exchange Commission §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Helgard (Helgi) C. Walker, with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington           DC           20036-5306
(City)               (State)      (Zip Code)

(202) 955-8500                (202) 467-0539
(Telephone No.)               (Fax No.)

**II.** Applicant will sign all filings with the name  Helgi C. Walker.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff National Association of Private Fund Managers
Plaintiff Alternative Investment Management Association, Limited
Plaintiff Managed Funds Association

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 454300       Admission date: February 7, 1997

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| September 12, 2023 | Air Products and Chemicals, Inc., et al. v. General Services Admin., et al., Case No. 2:23-cv-00147-Z |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly, who has offices at

201 Main Street, Suite 2500
(Street Address)

| Fort Worth | TX | 76102 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| (817) 332-2500 | (817) 878-9280 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  18th  day of March , 2024 .

Helgi C. Walker
Printed Name of Applicant

*/s/ Helgi Walker*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# ATTACHMENT A
# HELGI C. WALKER COURT ADMISSIONS

| Court | Admission Date | Active or Inactive |
|---|---|---|
| District of Columbia Bar | 02/07/1997 | Active |
| Virginia Bar | 10/06/1994 | Active |
| United States Supreme Court | 06/21/1999 | Active |
| United States Court of Appeals, 1st Circuit | 11/21/2007 | Active |
| United States Court of Appeals, 2nd Circuit | 10/13/2011 | Active |
| United States Court of Appeals, 3rd Circuit | 09/26/2003 | Active |
| United States Court of Appeals, 4th Circuit | 06/07/1995 | Active |
| United States Court of Appeals, 5th Circuit | 02/02/2010 | Active |
| United States Court of Appeals, 6th Circuit | 11/18/2005 | Active |
| United States Court of Appeals, 7th Circuit | 07/18/2022 | Active |
| United States Court of Appeals, 8th Circuit | 09/21/2004 | Active |
| United States Court of Appeals, 9th Circuit | 06/06/2008 | Active |
| United States Court of Appeals, 10th Circuit | 02/11/2009 | Active |
| United States Court of Appeals, 11th Circuit | 06/14/2005 | Active |
| United States Court of Appeals, DC Circuit | 06/10/2003 | Active |
| United States Court of Appeals, Federal Circuit | 11/18/2010 | Active |
| District of Columbia Court of Appeals | 02/07/1997 | Active |
| United States District Court, District of Columbia | 01/06/2004 | Active |
| United States District Court, Eastern District of Virginia | 11/08/1996 | Active |
| United States District Court, Eastern District of Texas | 07/18/2011 | Active |
| United States District Court, District of Colorado | 12/27/2016 | Active |
| United States District Court, Northern District of Florida | 11/09/2018 | Active |