**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| National Association of Private Fund Managers, et al. <br> *Plaintiffs* <br><br> v. <br><br> Securities and Exchange Commission <br> *Defendant* | § § § § § § § § § <br> Case No. 4:24-cv-00250 |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Max E. Schulman, with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                    DC             20036-5306
(City)                        (State)        (Zip Code)

(202) 955-8500                (202) 467-0539
(Telephone No.)               (Fax No.)

**II.** Applicant will sign all filings with the name Max E. Schulman.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiff National Association of Private Fund Managers
Plaintiff Alternative Investment Management Association, Limited
Plaintiff Managed Funds Association

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: _1660490_     Admission date: _October 15, 2019_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly                                                                                    , who has offices at

201 Main Street, Suite 2500
(Street Address)

| Fort Worth | TX | 76102 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| (817) 332-2500 | (817) 878-9280 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  18th  day of March                                    , 2024         .

Max E. Schulman
Printed Name of Applicant

/s/ Max E. Schulman
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

ATTACHMENT A
MAX E. SCHULMAN COURT ADMISSIONS

| Court | Admission Date | Active or Inactive |
|---|---|---|
| Maryland | 12/12/18 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 4/30/19 | Active |
| U.S. District Court for the District of Columbia | 7/17/19 | Active |
| District of Columbia | 10/15/19 | Active |
| U.S. Court of Appeals for the Third Circuit | 7/21/20 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 7/29/20 | Active |
| U.S. Supreme Court | 8/1/22 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 7/12/23 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 12/13/23 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 1/2/24 | Active |