UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| National Association of Private Fund Managers, et al. | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | Case No.  4:24-cv-00250 |
| v. | § | |
| | § | |
| | § | |
| Securities and Exchange Commission | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Lael D. Weinberger , with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                                DC                    20036-5306
(City)                                    (State)              (Zip Code)

(202) 955-8500                            (202) 467-0539
(Telephone No.)                           (Fax No.)

**II.**   Applicant will sign all filings with the name  Lael D. Weinberger                                .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff National Association of Private Fund Managers
Plaintiff Alternative Investment Management Association, Limited
Plaintiff Managed Funds Association

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Washington, DC, where Applicant regularly practices law.

Bar license number: 90022657    Admission date: March 18, 2024

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of Illinois | November 8, 2018 | Inactive |
| Seventh Circuit Court of Appeals | September 6, 2018 | Active |
| California | July 29, 2010 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

N/A                             N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dee J. Kelly                                                                    , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                             TX                 76102
(City)                                 (State)           (Zip Code)

(817) 332-2500                         (817) 878-9280
(Telephone No.)                        (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   22nd   day of   March   , 2024                          .

Lael D. Weinberger
Printed Name of Applicant

*Lael Weinberger*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.