UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF PRIVATE FUND MANAGERS; ALTERNATIVE INVESTMENT MANAGEMENT ASSOCIATION, LIMITED; AND MANAGED FUNDS ASSOCIATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>*Defendant.* | Case No. 4:24-cv-00250 |

**PROOF OF SERVICE**

I hereby certify that service of the summons and complaint was effected pursuant to Federal Rule of Civil Procedure 4(i)(2) as follows on Defendant the Securities and Exchange Commission. I further certify that, pursuant to Rule 4(i), copies of the summons and complaint were served on the United States through the United States Attorney's Office for the Northern District of Texas and the United States Attorney General.

1. On March 18, 2024, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, addressed separately to the U.S. Attorney's Office for the Northern District of Texas pursuant to Rule 4(i)(1)(A)(ii), the Attorney General of the United States pursuant to Rule 4(i)(1)(B), and Defendant Securities and Exchange Commission pursuant to Rule 4(i)(2). A copy of the receipts for the certified mail is attached hereto as Exhibit A. United States Postal Service tracking reports indicating that delivery of the summons and complaint has been made to each recipient are also attached hereto as Exhibits B,

1

C, and D.  The following chart lists the receipt number for each mailing, as shown on the receipt (Exhibit A); the exhibit number for each tracking report; and the date of each delivery.

| Recipient | Receipt Number | Tracking Report | Delivery Date |
|---|---|---|---|
| U.S. Attorney's Office | 70202450000185769776 | Exhibit B hereto | 3/20/2024 |
| Attorney General | 70202450000185769745 | Exhibit C hereto | 3/25/2024 |
| US Securities and Exchange Commission | 70202450000185769752 | Exhibit D hereto | 3/25/2024 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>March 25, 2024</u>

<i>/s/ Brian Richman</i>
BRIAN A. RICHMAN (TX Bar No. 24139696)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100
brichman@gibsondunn.com

*Attorney for Plaintiffs*