# EXHIBIT B

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## 70202450000185769776

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:24 am on March 20, 2024 in FORT WORTH, TX 76102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
FORT WORTH, TX 76102
March 20, 2024, 10:24 am

**Arrived at USPS Facility**
FORT WORTH, TX 76102
March 20, 2024, 7:46 am

**Departed USPS Facility**
FORT WORTH, TX 76111
March 20, 2024, 7:30 am

**Arrived at USPS Facility**
FORT WORTH, TX 76111
March 20, 2024, 7:22 am

**Departed USPS Regional Facility**
FORT WORTH TX DISTRIBUTION CENTER
March 20, 2024, 7:00 am

**Arrived at USPS Regional Facility**

Feedback

Case 4:24-cv-00250-O   Document 17-2   Filed 03/25/24   Page 3 of 3   PageID 150

FORT WORTH TX DISTRIBUTION CENTER
March 19, 2024, 1:18 pm

**USPS in possession of item**
DALLAS, TX 75260
March 18, 2024, 7:12 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ∧

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**