# EXHIBIT C

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70202450000185769745

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:53 am on March 25, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 25, 2024, 4:53 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
March 24, 2024, 10:09 am

**Arrived at Hub**
WASHINGTON, DC 20018
March 24, 2024, 9:08 am

**In Transit to Next Facility**
March 23, 2024

**Arrived at USPS Regional Origin Facility**
COPPELL TX DISTRIBUTION CENTER
March 19, 2024, 12:03 am

**USPS in possession of item**
DALLAS, TX 75260

Feedback

Case 4:24-cv-00250-O   Document 17-3   Filed 03/25/24   Page 3 of 3   PageID 153

March 18, 2024, 7:12 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**