### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF PRIVATE FUND MANAGERS, ALTERNATIVE INVESTMENT MANAGEMENT ASSOCIATION, LIMITED, and MANAGED FUNDS ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> *Defendant*. | No. 4:24-cv-00250-O |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Keefe M. Bernstein submits this notice of appearance as counsel on behalf of Defendant Securities and Exchange Commission and respectfully requests receipt of all notices and orders from the Court as well as service of all documents filed by the parties.

Dated:  March 27, 2024

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
Phone: (817) 900-2607
Fax: (817) 978-4927
bernsteink@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 27, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court.


*/s/ Keefe M. Bernstein*
Keefe M. Bernstein