UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF PRIVATE FUND MANAGERS; ALTERNATIVE INVESTMENT MANAGEMENT ASSOCIATION, LIMITED; and MANAGED FUNDS ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>*Defendant*. | Case No. 4:24-cv-00250-O |

**ORDER**

Before the Court is the Parties' Agreed Motion to Set Briefing Format and Schedule (ECF No. 19), filed March 27, 2024. Noting the Motion was filed as an Agreed Motion and finding good cause, and further noting that Plaintiffs have respectfully requested a decision by December 2, 2024, the Court **Grants** the Motion.

Accordingly, the Court **Grants** the waiver of the Commission's answer, discovery, and the requirement to file statements of undisputed material fact and **Enters** the following briefing format and schedule in this matter:

- April 16, 2024: Defendant's Certified List describing administrative record
- April 30, 2024: Plaintiffs' Motion for Summary Judgment
- June 11, 2024: Defendant's Combined Opposition / Cross-Motion for Summary Judgment
- July 18, 2024: Plaintiffs' Combined Reply / Opposition
- August 22, 2024: Defendant's Reply

**SO ORDERED** on this        day of         2024.

Reed O'Connor
UNITED STATES DISTRICT JUDGE