UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF PRIVATE FUND MANAGERS; ALTERNATIVE INVESTMENT MANAGEMENT ASSOCIATION, LIMITED; and MANAGED FUNDS ASSOCIATION, | § § § § § § § | |
| *Plaintiffs*, | § § | Case No. 4:24-cv-00250-O |
| v. | § § | |
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Agreed Motion to Set Briefing Format and Schedule (ECF No. 19), filed March 27, 2024. The parties agree to expedited consideration of this matter due to the compliance deadline for the recently promulgated "Dealer Rule." ECF No. 19 at 1. To do so, the parties propose a schedule for cross-motions for summary judgment with consolidated briefing. *Id.* at 2. Plaintiffs also request a decision by December 2, 2024. *Id.* Noting the Motion is jointly made and finding good cause, the Court **GRANTS** the Motion. Accordingly, the Court **GRANTS** the waiver of the Commission's answer, discovery, and the requirement to file statements of undisputed material fact and **ENTERS** the following briefing format and schedule:

- **April 16, 2024**: Defendant's Certified List describing administrative record
- **April 30, 2024**: Plaintiffs' Motion for Summary Judgment
- **June 11, 2024**: Defendant's Combined Opposition / Cross-Motion for Summary Judgment
- **July 18, 2024**: Plaintiffs' Combined Reply / Opposition
- **August 22, 2024**: Defendant's Reply

**SO ORDERED** on this **28th** day of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE