## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

NATIONAL ASSOCIATION OF PRIVATE FUND
MANAGERS; ALTERNATIVE INVESTMENT
MANAGEMENT ASSOCIATION, LIMITED; and
MANAGED FUNDS ASSOCIATION,

*Plaintiffs*,

v.

SECURITIES AND EXCHANGE COMMISSION,

*Defendant*.

Case No. 4:24-cv-00250-O

## <u>MOTION FOR SUMMARY JUDGMENT</u>

Plaintiffs National Association of Private Fund Managers, Alternative Investment Management Association, Limited, and Managed Funds Association (together, the "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56, respectfully move for summary judgment on all claims alleged in the Plaintiffs' Complaint. There are no genuine issues of material fact, and the Plaintiffs are entitled to judgment as a matter of law on all of their claims. Each of the matters required by Local Civil Rule 56.3(a) is set forth in the accompanying Plaintiffs' Brief in Support of Motion for Summary Judgment. In support of this motion, the Plaintiffs rely on the accompanying Brief and their Appendix, each filed contemporaneously with this motion.

Wherefore, the Plaintiffs respectfully request that the Court grant this motion and enter judgment in their favor.

Dated:  April 30, 2024

Respectfully submitted,

/s/ Dee J. Kelly

DEE J. KELLY (TX Bar No. 11217250)
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 332-2500
dee.kelly@kellyhart.com

EUGENE SCALIA*
HELGI C. WALKER*
MAX E. SCHULMAN*
LAEL D. WEINBERGER*
MICAH S. QUIGLEY*∞
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
escalia@gibsondunn.com

BRIAN A. RICHMAN (TX Bar No. 24139696)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100
brichman@gibsondunn.com

Counsel for Plaintiffs

---

* Admitted pro hac vice.
∞ Admitted only in Texas; practicing under the supervision of principals of the firm.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system on April 30, 2024, which will send an electronic notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Dee J. Kelly*

DEE J. KELLY (TX Bar No. 11217250)
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 332-2500
dee.kelly@kellyhart.com

*Counsel for Plaintiffs*